**E-FILED on     3/19/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL NARVIOS, | No. C-02-05378 RMW |
| Petitioner, | |
| v. | ORDER REQUESTING STATUS UPDATE |
| A.A. LAMARQUE, Warden, | |
| Respondent. | |

On September 7, 2006, the court issued an order denying in part petitioner's request for a writ of habeas corpus. It deferred, however, ruling on petitioner's Confrontation Clause claim to the extent *Crawford v. Washington*, 541 U.S. 36 (2004) may be applicable. The court instructed,

> After disposition of *Whorton v. Bockting*, the parties are to meet and confer regarding whether further briefing is appropriate in light of *Crawford*. The parties are then to file a joint statement with the court setting forth their decision and suggesting a briefing schedule, if necessary. Alternatively, petitioner may at any time inform the court that he does not wish to pursue a claim under *Crawford*, after which the court will enter a final judgment in this action.

September 7, 2006 Order at 9. The Supreme Court issued its decision in *Whorton v. Bockting*, 127 S. Ct. 1173 (2007), on February 28, 2007. To date, the court has received neither a joint statement by the parties nor any communication from petitioner informing the court that he does not wish to pursue a claim under *Crawford*.

1  The court requests that the parties submit a joint status report regarding this action by March
2  26, 2008. If appropriate, the parties should set a briefing schedule, or, if petitioner has opted not to
3  further pursue this petition, he should so inform the court so that a final judgment may be entered.

6  DATED:     3/18/08                              *Ronald M Whyte*
                                                    RONALD M. WHYTE
7                                                   United States District Judge

ORDER REQUESTING STATUS UPDATE—No. C-02-05378 RMW
MAG                                                 2

1 | **Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Richard Such            jsuch@comcast.net

**Counsel for Respondent**

Catherine Amy Rivlin    catherine.rivlin@doj.ca.gov


Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.


**Dated:** 3/19/08                              /s/ MAG
                                         **Chambers of Judge Whyte**